Elbert LEWIS v. STATE. (No. 8289.)
(Court of Criminal Appeals of Texas. Jan. 2, 1924.) Appeal from District Court, Houston County; W. R. Bishop, Judge. Tom Garrard. State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

HAWKINS, J. From a conviction for murder, in which appellant is condemned to fifteen years' confinement in the penitentiary, this appeal is taken. Notwithstanding the severe penalty, we find no bills of exception, and no statement of facts. The indictment is in regular form, and the charge applicable to provable facts thereunder. The record presents no questions for review. The judgment is affirmed.

---

Andres LUNA v. STATE. (No. 7962.)
(Court of Criminal Appeals of Texas. Dec. 19, 1923.) Appeal from District Court, Cameron County; A. W. Cunningham, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Cameron county of assault to murder, and his punishment fixed at five years in the penitentiary. The record contains neither bills of exception nor statement of facts, and the indictment being in regular form, and the charge of the court appearing to correctly present the law, we have no option but to direct an affirmance; and it is so ordered.

---

Will MOORE v. STATE. (No. 17954.)
(Court of Criminal Appeals of Texas. Dec. 19, 1923.) Appeal from District Court, Henderson County; W. R. Bishop, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Henderson county of selling intoxicating liquor, and his punishment fixed at one year in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment correctly set forth a violation of the law, and the charge of the court was in conformity therewith. No error appearing, an affirmance will be ordered.

---

Bruce PYLE v. STATE. (No. 7963.)
(Court of Criminal Appeals of Texas. Dec. 19, 1923.) Appeal from District Court, Kaufman County; Joel R. Bond, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

HAWKINS, J. Upon trial under indictment charging appellant with the murder of one Jess Pruett conviction was had for an aggravated assault and appellant's punishment fixed at a fine of $1,000 and confinement in the county jail for one year. The record is before us without statement of facts or bills of exception. The indictment is in regular form charging the offense of murder, and the charge of the court is applicable to a case provable under such charge. No errors are presented by the record, and the judgment is affirmed.

---

Pink WARD v. STATE. (No. 7922.)
(Court of Criminal Appeals of Texas. Nov. 28, 1923. Rehearing Denied Jan. 2, 1924.) Appeal from District Court, Hopkins County; Geo. B. Hall, Judge. Pink Ward, in pro per. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

LATTIMORE, J. Appellant pleaded guilty in the district court of Hopkins county to the offense of manufacturing intoxicating liquor, and his punishment was fixed by the jury at one year in the penitentiary. There is neither statement of facts nor bills of exception in the record. The indictment is in regular form, and the charge of the court seems to have presented the law of the case. No error appearing, an affirmance will be ordered.

---

Peyton J. EDWARDS et al. v. Lillie Mae WEATHERFORD. (No. 1541.) (Court of Civil Appeals of Texas. El Paso. Dec. 13, 1923. Rehearing Denied Jan. 10, 1924.) Appeal from District Court, El Paso County; P. R. Price, Judge. Moore & Smith, of El Paso, for appellants. Isaacks & Lattner, of El Paso, for appellee.

WALTHALL, J. Appellee, Lillie Mae Weatherford, brought this suit against Charles Davis and Peyton J. Edwards, respectively mayor and chief of police of the city of El Paso, to recover damages for false imprisonment. The case was tried with a jury, and under the instruction of the court to return a verdict for appellee she was awarded actual damages in the sum of $250, for which amount judgment was entered. Appellee was arrested by the police of the city by direction of the mayor and chief of police, for a supposed violation of a city ordinance in handing out or distributing on the streets of the city a circular, dodger, or hand bill. The evidence discloses that the paper distributed by appellee was not a circular, dodger, or hand bill. Finding no reversible error, the case is affirmed.

---

STATE of Missouri v. Jim STEWART, alias Jim Beattie. (No. 24872.) (Supreme Court of Missouri, Division No. 2. Dec. 3, 1923.) Appeal from Criminal Court, Greene